# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| **SHELIA STAPLETON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case Number: |
| ) | 3:08-CV-155-WHB-LRA |
| **VALLEY SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## CORPORATE DISCLOSURE STATEMENT OF VALLEY SERVICES, INC.

Defendant Valley Services, Inc., by and through its undersigned attorney, hereby files the following Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1.  Valley Services, Inc. is a closely-held corporation organized under the laws of the State of Mississippi.

2.  Valley Services, Inc. has no parent company.

3.  No publicly-held corporation owns 10% or more of Valley Services, Inc.'s stock.

Done this 7th day of May 2008.

                                s/ Jonathan S. Harbuck
                                Jonathan S. Harbuck (MSB# 101877)
                                Attorney for Defendant
                                Valley Services, Inc.

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9400
Facsimile:  (205) 458-9500
E-mail: jsh@johnstonbarton.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Lisa M. Ross, Esq.
      P.O. Box 11264
      Jackson, Mississippi 39283-1264
      (601) 981-7900

      s/ Jonathan S. Harbuck
      Of Counsel